IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOHN W. NOBLE, JR., M.D.**, individually and on behalf of all others similarly situated,<br><br>     **Plaintiff,**<br>  vs.<br><br>**MULTIPLAN, INC., and MULTIPLAN CORP., VIANT, INC.**<br><br>     **Defendants.** | **CASE NO. 2:24-cv-01361** |

**VOLUNTARY PARTIAL DISMISSAL WITHOUT PREJUDICE**

NOW INTO COURT, comes Plaintiff, John W. Noble, Jr., M.D. ("Plaintiff"), individually and on behalf of all others similarly situated, through undersigned counsel, who respectfully moves this Honorable Court to dismiss Defendants Multiplan Corp. and Viant, Inc., without prejudice, and reserving their rights and claims against Defendant Multiplan, Inc.

Further, there has been no appearance on behalf of Defendants at this time so no service is being requested.

**ACCORDINGLY,** Plaintiff requests Defendants Multiplan Corp. and Viant, Inc. be dismissed without prejudice with Plaintiff reserving their rights and claims against Defendant Multiplan, Inc.

Dated: October 21, 2024              Respectfully submitted,

                   */s/ David H. Hanchey*
                   **DAVID H. HANCHEY, Bar Roll No. 19927**
                   3102 Enterprise Boulevard
                   Lake Charles, LA  70601
                   Telephone:  (337) 478-1400
                   Facsimile:  (337) 478-1577
                   Email:  david@townsleylawfirm.com

/s/  *Todd Townsley*
Todd A. Townsley, LSBA No. 21095
**THE TOWNSLEY LAW FIRM, LLP**
LA State Bar No. 21095
3102 Enterprise Blvd.
Lake Charles, LA 70601
(337) 221-5264
(337) 478-1577 Fax
Service: ahebert@townsleylawfirm.com


Tommy Kherkher, LA. State Bar No.40189
Jarrett L. Ellzey*, Tex. Bar No. 24040864
Leigh S. Montgomery*, Tex. Bar No. 24052214
Alexander G. Kykta*, Tex. Bar No. 24107841
**ELLZEY KHERKHER SANFORD & MONTGOMERY, LLP**
4200 Montrose, Ste. 200
Houston, Texas 77006
Telephone: (713) 322-6387
Facsimile: (888) 276-3455
tkherkher@eksm.com
jellzey@eksm.com
lmontgomery@eksm.com
akykta@eksm.com
Service: firm@eksm.com

D. Brett Turnbull
**TURNBULL, HOLCOMB & MOAK, P.C.**
2501 20th Place South, Suite 425
Birmingham, Alabama 352223
Phone: (205) 831-5040
Fax:    (205) 848-6300
bturnbull@turnbullfirm.com

*Pro Hac Vice Applications Pending

*Counsel for Plaintiff and the Proposed Class*