IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOHN W. NOBLE, JR., M.D.**, individually and on behalf of all others similarly situated,<br><br>　　　　**Plaintiff,**<br>　vs.<br><br>**MULTIPLAN, INC., and MULTIPLAN CORP., VIANT, INC.**<br><br>　　　　**Defendants.** | **CASE NO. 2:24-cv-01361** |

## ORDER

**CONSIDERING THE FOREGOING** Plaintiff's Voluntary Partial Dismissal Without Prejudice;

**IT IS HEREBY ORDERED** Defendants Multiplan Corp. and Viant, Inc. be dismissed without prejudice with Plaintiff reserving their rights and claims against Defendant Multiplan, Inc.

Lake Charles, Louisiana, this _____ day of _____, 2024.

_____
**UNITED STATES DISTRICT JUDGE**