IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOHN W. NOBLE, JR., M.D., individually and on behalf of all others similarly situated,**<br><br>**Plaintiff,**<br>vs.<br><br>**MULTIPLAN, INC., and MULTIPLAN CORP., VIANT, INC.**<br><br>**Defendants.** | **CASE NO. 2:24-cv-01361** |

**ORDER**

**CONSIDERING THE FOREGOING** Plaintiff's Voluntary Partial Dismissal Without Prejudice;

**IT IS HEREBY ORDERED** Defendants Multiplan Corp. and Viant, Inc. be dismissed without prejudice with Plaintiff reserving their rights and claims against Defendant Multiplan, Inc.

THUS DONE AND SIGNED in Chambers this 23rd day of October, 2024.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**